UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

NICHOLAS LAUDATO, as the Personal Representative and Administrator of the Estate of DELLA MARK,

Plaintiff,

Case No. 3:25-cv-325

vs.

SPRINGFIELD OPCO, LLC d/b/a and a/k/a ARBORS AT SPRINGFIELD,

Defendant.

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER CONDITIONALLY DISMISSING THIS CASE**

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within ninety (90) days, reopen the action if settlement is not consummated. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994) (a court can retain jurisdiction over enforcement of a settlement agreement by stating so in the dismissal entry).

**IT IS SO ORDERED.**

August 27, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge